UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CICINNATI

IN RE:  
    Ben-Mar Investments, Inc.  
    *Debtor*

CASE NO. 95-11121  
CHAPTER 7

## NOTICE OF MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Keith D. Kite has filed papers with the Court, by and through his/her/their attorney-in-fact, The Locator Services Group Ltd., moving this Court to order the withdrawal of moneys on deposit for this estate in the name of creditor/debtor, Keith D. Kite, and to order the payment of these moneys to claimant.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney you may wish to consult one.)**

If you do not want the court to order the payment of unclaimed funds on behalf of Keith D. Kite, or if you want the court to consider your views on this motion, then on or before ***July 23, 2008,***, you or your attorney must:

File with the court a written request for a hearing or a written response at:

Clerk of the Court  
United States Bankruptcy Court  
221 East Fourth Street  
Atrium 2, Suite 800  
Cincinnati, OH 45202

If you mail your request for a hearing or response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

US Attorney's Office  
221 East Fourth St, Suite 400  
Cincinnati, OH 45202

Ben-Mar Investments Inc.  
1813 Lindale Nicholsville Rd  
Amelia, OH 45102-9710

Office Of The United States Trustee  
170 North High Street, Suite 200  
Columbus, OH 45402

Lanny R Holbrook  
1400 Fourth and Race Tower  
105 West Fourth Street  
Cincinnati, OH 45202

The Locator Services Group Ltd.  
316 Newbury Street, Suite 32  
Boston, MA 02115

US Trustee's Office  
36 East Seventh Street, Suite 2030  
Cincinatti, OH 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

By: _____  
Kim Sherrie Sawyer, General Counsel  
The Locator Services Group Ltd.  
316 Newbury Street, Suite 32  
Boston, MA 02115  
(617) 859-0600

Dated: 7/3/08

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In the matter of:<br>BEN-MAR INVESTMENTS, INC. | Case No. 95-11121 JA<br><br>Chapter 7<br><br>Judge AUG, JR., J. VINCENT |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $67,608.36 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are attached hereto and incorporated by reference herein as Exibit A.

Respectfully submitted,

Date: June 24, 2008

/s/Richard D. Nelson
Richard D. Nelson, Case Trustee

| Claim Number | Creditor | Unclaimed Dividends |
|---|---|---|
| 321 | Bagby, Josephine Indiv & Exec.of the Robert T. Bagby | $808.96 |
| 331 | Bingham, Ann | $2,372.86 |
| 214 | Bingham, Jack either/or Linda | $7,050.36 |
| 331 | Bingham, Marc S. | $934.31 |
| 24 | Calandra, Joanne | $934.31 |
| 323 | Carran, Bob | $2,764.99 |
| 266 | Chapman, Lawson | $25.23 |
| 39 | Chirichigno, Jerry & Kathleen | $126.80 |
| 331 | Chong Soo Kim | $463.04 |
| 331 | Cox, Bill & Mary | $186.86 |
| 331 | Cox, Hannah | $186.86 |
| 331 | Cox, Meredith | $186.86 |
| 191 | Crist, Kay | $934.31 |
| 195 | Crist, Sheila K. | $934.31 |
| 72 | Delong, Susan | $205.31 |
| 72 | Delong, Susan | $205.31 |
| 126 | Edwards, Brooke or Paztejero, Maria | $634.39 |
| 294 | Erpenbeck, Richard or Lori | $1,494.89 |
| 331 | Foltz, Susan J. | $233.58 |
| 38 | Ford, Ken | $989.29 |
| 331 | Frohn, Virginia | $485.38 |
| 331 | Grainger, Linda D. | $343.82 |
| 277 | Grinter, Michael & Barbara | $77.64 |
| 31 | Groh, Terri L. | $934.31 |
| 331 | Herre, Jeff | $251.59 |
| 331 | Hillary, Diane | $524.78 |
| 205 | Holden, Ruby & Jack | $957.53 |
| 80 | Jacobs, Mark | $1,602.15 |
| 252 | Jordan, Thomas | $3,981.97 |
| 250 | Kite, Keith | $3,463.59 |
| 139 | Lehr, Andrew | $648.41 |
| 124 | Middendorf, Christina | $1,669.34 |
| 183 | Nolan, Doris Johnson | $8,647.01 |

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

Keith D. Kite appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as his/her lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Keith D. Kite in the amount of $3,463.59.

Keith D. Kite grants his/her attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due Keith D. Kite. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Keith D. Kite.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Keith D. Kite.

Signed this 30 day of June, 200 8.

By: /s/ Keith D. Kite
Keith D. Kite

Tax ID No. 267-19- xxx-xx-5901
(Required for identification purposes)

State of Florida

County of Indian River

Before me ___ Keith D. Kite ___ personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: /s/ Constance Ann Johnson     NOTARY SEAL

My Commission Expires: _____


CONSTANCE ANN JOHNSON
Notary Public - State of Florida
My Commission Expires Jul 9, 2009
Commission # DD 420865
Bonded By National Notary Assn.

TLSG Reference Number: 206Kite

