Keith D. Kite
1045 Winding River Rd
Vero Beach, FL 32963

August 28, 2008

United States Court of Bankruptcy
221 E 4th St.
The Atrium- building 2
Ste 800
Cincinnati, OH 45202

**Re: Unclaimed funds belonging to Keith Kite originating from a matter involving Ben-Mar Investments, Inc.**

Dear Clerk,

I am submitting a motion to claim unclaimed funds belonging to me, Keith D. Kite, for the bankruptcy of Ben-Mar Investments, Inc. I received a letter from The Locator Services Group Ltd. that said I have $3,463.59 in unclaimed funds. I have attached their letter. Instead of paying the 15% commission, I would like to get the funds directly from you. The address on my driver's license (same as above) will match the claim.

My case number is **95-11121A** and the judge on the case is **Judge Aug**.

Please remit check to:

Keith D. Kite
1045 Winding River Rd.
Vero Beach, FL 32963

If you have any questions, please contact me at (772) 231-9333.

Thank you,

*[signature]*
Keith D. Kite

# TLSG  The Locator Services Group Ltd.

Wednesday, June 25, 2008

Keith D. Kite
1045 Winding River Rd.
Vero Beach, FL 32963

RE: **$3,463.59 in Unclaimed Funds Belonging to Keith D. Kite Originating from a Matter Involving Ben-Mar Investments, Inc.**

Dear Keith:

The Locator Services Group Ltd. ("TLSG") researches and monitors the fiscal records of more than 1,200 governmental agencies and private archives nationwide. Our research encompasses millions of records and does not include any state abandoned property listings. TLSG is owned and operated by an attorney who has more than twelve years experience in the retrieval of unclaimed funds. Please visit our website at www.tlsgtltd.com to view our credentials and learn more about TLSG's services. Please also feel free to contact The Better Business Bureau at (508) 652-4800 or at www.bosbbb.org to confirm that TLSG is a member in good standing.

I am pleased to advise you that, through our research, we have located $3,463.59 in outstanding funds belonging to Keith D. Kite. Since this asset has remained unclaimed for some time, it appears that you are unaware of your entitlement. The entity holding these funds previously issued a payment to you in the amount listed above; however, their records show that the original payment was never negotiated. Typically, funds become lost or undeliverable as a result of a change of address at some point between when the obligation originated and the date the payment was issued. The entity holding your asset is not required to make any further effort to return these funds to you; therefore, it is unlikely that you would receive this payment without the assistance of an experienced professional.

TLSG would welcome the opportunity to recover these funds for you. My firm will not be due a fee unless and until the funds are reissued to you. All costs incurred in the recovery process are included in our fee and will be paid by TLSG. In addition, our Power of Attorney is limited to one transaction and stipulates that TLSG may not incur any costs on your behalf. Moreover, TLSG's Personal Information Privacy Policy, which is incorporated into our Professional Services Agreement, ensures that your personal information is protected. A copy of TLSG's Personal Information Privacy Policy is included for your review.

To initiate recovery, please execute the enclosed Professional Services Agreement and have the Limited Power of Attorney notarized. **Please also send to us a copy of your driver's license, or other government issued identification. In addition, please enclose either documentation containing your previous/present address of 1045 Winding River Road, Vero Beach, FL or documentation verifying your connection to Ben-Mar Investments, Inc..** The entity holding your funds requires that we submit these items as verification that we have located the correct individual. Upon receipt of the executed documents, my firm will provide you with more information about the recovery process, and we will prepare the additional documents required to apply for the release of these funds.

We look forward to the opportunity to recover these funds for you. If you have any questions please feel free to contact me at (617) 859-0600 or (800) 859-0607, extension 17, or njordan@tlsgltd.com. Thank you for your time.

Sincerely,

Nancy Jordan
Vice President, Recovery Services

TLSG ID: 206Kite

*[Handwritten notes:]*
write
# address
as much
info as you
have
→ courts directly

221 E 4th St.
The atrrium-2 building
Ste 800
Cin; OH 45202

St., Suite 32 • Boston, MA 02115 • Tel: 617-859-0600 • Fax: 617-859-0640 • Email: TLSG_assetrecovery@verizon.net

# TLSG  The Locator Services Group Ltd.

## PERSONAL INFORMATION PRIVACY POLICY

TLSG is committed to protecting the privacy and security of your personal information. "Personal Information" means identifiable information that would allow someone to identify or contact you, including: your name, social security number, address, telephone number or e-mail address.

Your personal information will be used solely for the purpose for which it was collected - to assist TLSG in the recovery of your funds. TLSG does not sell, rent, share, trade, or otherwise disclose any personal information unless legally required to do so, for example, in connection with providing the entity holding your funds with identifying information to verify that you are the intended recipient of a payment.

TLSG has developed internal procedures to protect the confidentiality, security, and integrity of your personal information. All personally identifiable information is subject to restricted access even to TLSG's employees. TLSG's security measures are designed to protect the disclosure, loss, or misuse of information under our control. Once your recovery is complete, we will make a reasonable effort to remove your personal information from TLSG's database and files.

If you have any questions or comments regarding TLSG's Personal Information Privacy Policy, please contact me via email or at my number below.

Very truly yours,

Kim Sherrie Sawyer
President & General Counsel
The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115
Phone: 617-859-0600 Ext. 10
Fax: 617-859-0640
Email: ksawyer@tlsgltd.com

# PROFESSIONAL SERVICES AGREEMENT
# LIMITED TO ONE TRANSACTION ONLY

Between:

The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115
(Hereinafter "TLSG")

And:

Keith D. Kite
1045 Winding River Rd.
Vero Beach, FL 32963
(Hereinafter "Client")

In consideration of TLSG's assistance in the recovery of unclaimed funds or the outstanding obligation in the amount of $3,463.59 due to CLIENT (Hereafter, "the Benefit"), CLIENT hereby agrees to pay TLSG a service fee equal to 15% of the payment recovered or credited to CLIENT.

It is understood that:

1. There will not be any fees whatsoever assessed to CLIENT unless the Benefit is paid to, collected by, or credited to CLIENT.

2. TLSG agrees to pay all expenses associated with obtaining the Benefit for CLIENT.

3. TLSG will use CLIENT's personal information solely to assist in the recovery of CLIENT's Benefit. TLSG shall not sell, rent, trade or otherwise disclose any of CLIENT's personal information in strict accordance with TLSG's Personal Information Privacy Policy.

4. CLIENT will cooperate by executing all documents required to recover the Benefit.

5. CLIENT will assist TLSG with verifying receipt of the Benefit.

This Agreement and entitlement hereunder shall remain in full force until the CLIENT receives the Benefit, and TLSG receives its service fee.

This Agreement shall be construed as a sealed instrument.

Dated this ____ day of _____, 200_

Keith D. Kite

By: _____
Keith D. Kite

The Locator Services Group Ltd.

By: _____
Kim Sherrie Sawyer
General Counsel

TLSG Reference Number: 206Kite

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Keith D. Kite appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as his/her lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Keith D. Kite in the amount of $3,463.59.

Keith D. Kite grants his/her attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due Keith D. Kite. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Keith D. Kite.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Keith D. Kite.

Signed this \_\_\_ day of _____, 200\_\_.

By: _____  Tax ID No. 267-14- ~~XXX-XX-5901~~
Keith D. Kite                     (Required for identification purposes)

State of Florida

County of Indian River

Before me \_\_\_\_Keith D. Kite\_\_\_\_ personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____   NOTARY SEAL

My Commission Expires: _____



CONSTANCE ANN JOHNSON
Notary Public - State of Florida
My Commission Expires Jul 9, 2009
Commission # DD 420865
Bonded By National Notary Assn.

LSG Reference Number 206Kite

