**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 12, 2008**

J. Vincent Aug, Jr.
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In re                                              Case No. 95-11121
Ben- Mar Investments, Inc.
                    Debtor(s)                      Chapter (Judge Aug)

### ORDER DENYING APPLICATION FOR WITHDRAWAL OF UNCLAIMED FINDS

This matter is before the Court on creditor Keith D. Kite's application for withdrawal of unclaimed funds (Doc. 391).

On July 3, 2008, Mr. Kite, by and through The Locator Services Group, filed an identical request (Doc. 386). Said application was granted on July 29, 2008 (Doc. 387).

Mr. Kite's instant application was filed on August 4, 2008.

Accordingly, the application is denied as moot.

IT IS SO ORDERED.

copy to:
    Debtor(s)
    Keith D. Kite
    Richard Nelson, Trustee
    U.S. Attorney
    U.S. Trustee

### # # #