**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: March 08, 2010**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT
## WESTERN DIVISION

In re                                      Case No. 95-11121
Ben-Mar Investments, Inc.

        Debtor                    Chapter 7
                                  Judge Aug

### ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS

This matter is before the Court on Creditor Thomas A. Jordan's application for payment of unclaimed funds (Doc. 494). The application was filed on behalf of Creditor through the executor of Creditor's estate, Patrick T. Jordan.

The Creditor requests payment of $3,981.97 out of the unclaimed fund.

The Creditor failed to serve the application on Richard Nelson, Trustee, 250 East Fifth St., Cincinnati, Ohio 45202, on the United States Trustee, 36 East Seventh St., Cincinnati, Ohio 45202 or on the United States Attorney, 221 East Fourth St., Cincinnati, Ohio 45202. *See* 28 U.S.C. §2042.

Accordingly, the application is DENIED, without prejudice.

The Creditor is invited to submit a renewed application. It appears to this Court that the Creditor may be entitled to $4,174.71 pursuant to the Listing of Unclaimed Funds

as of August 13, 2009 (Doc. 492).

  IT IS SO ORDERED.

Distribution list:

  Richard Nelson, Trustee
  Patrick Jordan, 632 Braddock Ct., Edgewood, KY 41017
  U.S. Trustee

            # # #