**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: November 22, 2010**

_____

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

In re                                                  Case No. 95-11121
Ben-Mar Investments, Inc.
                    Debtor(s)                          Chapter 7 (Judge Aug)

### ORDER AUTHORIZING WITHDRAWAL FROM
### COURT'S UNCLAIMED FUND

     This matter is before the Court on the Creditor's application for payment from the Court's Unclaimed Fund (Doc. 498).

     The Clerk of the United States Bankruptcy Court at Cincinnati is directed to issue a check from the Unclaimed Fund in the amount of $4,174.71 to Thomas A. Jordan c/o Patrick T. Jordan, Executor, 632 Braddock Court, Edgewood, Kentucky 41017.

     IT IS SO ORDERED.

copy to:
     Default List Plus
     U.S. Attorney

# # #