# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

---

In Re:  Ben−Mar Investments Inc

           Debtor(s)

SSN/TAX ID:

Case No.: 1:95−bk−11121

Chapter:  7

Judge:   Jeffery P. Hopkins

---

## Notice of Disbursement of Unclaimed Funds
## to Legal Representative

      Notice is hereby given that a disbursement of unclaimed funds in the amount of $2,400.24 was made to Mark & Sally Roehrig.   Said disbursement was mailed to Brian J. Dilks at PO Bx 2728, Issaquah, WA 98027 as legal representative of the owner.

Dated: March 21, 2011

                           FOR THE COURT:
                           Kenneth Jordan
                           Clerk, U.S. Bankruptcy Court