Form a0ogrfnd

**United States Bankruptcy Court**
**Southern District of Ohio**
221 East Fourth Street, Suite 800
Cincinnati, OH 45202-4133

FILED
AUG - 3 2011
Kenneth Jordan
Clerk of Court
U. S. Bankruptcy Court

In Re: Ben-Mar Investments Inc

        Debtor(s)

SSN/TAX ID:

Case No.: 1:95-bk-11121

Chapter: 7

Judge: Jeffery P. Hopkins

### Order Granting Motion for Payment of Unclaimed Funds

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #501) filed by Brian J. Dilks on behalf of Brad and Cynthia Samuels, owners on February 10, 2011. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $747.45 to the order of Brad Samuels and Cynthia Samuels at the following address:

        Att: Brian J. Dilks
        Dilks and Knopik, LLC
        PO Box 2728
        Issaquah, WA 98027

**IT IS SO ORDERED.**

Dated: July 12, 2011

Jeffery P. Hopkins
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215